IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2005 SEP 30 A 11: 06
U.S. DISTRICT COURT
EASTERN DIST. TENN
BY_____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:04-CR-106 |
| TONY MELVIN STAFFORD, | ) |
| Defendant. | ) |

### AGREED ORDER AUTHORIZING
### RELEASE OF PERSONAL PROPERTY

Upon agreement of the parties, and for good cause shown, it is hereby,

ORDERED AND DECREED that the Tennessee Department of Safety Legal Division and the Loudon County Sheriff's Department are authorized to release all firearms (excepting two shotguns which form the basis for counts four and five of this indictment and the .38 caliber pistol forming the basis of count two of this indictment) seized from the Defendant's residence on April 5-6, 2004, to Defendant's son-in-law, Jeffery Scott Atkins.

ENTER this 29 day of September, 2005.

_____
Honorable Bruce Guyton
U. S. Magistrate Judge

APPROVED:

_____
G. SCOTT GREEN, BPR # 12872
Attorney for the Defendant
800 South Gay Street, Suite 1600
Knoxville, Tennessee 37929
(865) 637-3900

_____
Hugh Ward
Assistant United States Attorney
800 Market Street
Suite 211
Knoxville, TN 37902