UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-106 |
| | ) | (Phillips) |
| TONY M. STAFFORD | ) | |

## ORDER

The defendant's sentencing memorandum filed in this case under seal [Doc. 68] is hereby **UNSEALED.**

**ENTER:**

       s/ H. Bruce Guyton
United States Magistrate Judge