UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-106 |
| | ) | (Phillips) |
| TONY M. STAFFORD | ) | |

### ORDER

This matter is before the court on defendant's motion to stay report date [Doc. 87]. In support of the motion, defendant states that he has been notified that he is to report to the FMC Lexington, Kentucky no later than July 21, 2006. Defendant is scheduled for surgery at Park West Hospital on July 21, 2006. Therefore, defendant moves the court for an order staying his report date. The government has informed the court that it has no objection to the motion.

Accordingly, defendant's motion is **GRANTED** and his report date is **STAYED.** Defendant shall provide the court with a written status report on his condition no later than **July 28, 2006.**

**ENTER:**

s/Thomas W. Phillips
United States District Judge