**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:04-CR-106** |
| | ) | **(Phillips)** |
| **TONY M. STAFFORD** | ) | |

### ORDER

Defendant has filed a status report stating that he underwent surgery at Park West Hospital on July 21, 2006. His surgeon, Dr. Williard Campbell anticipates that defendant will require post-surgical care through September 1, 2006. Accordingly, the court finds that defendant's report date to the Bureau of Prisons should be continued until defendant is released from Dr. Campbell's care. Defendant shall provide the court with a written status report on his condition no later than **September 8, 2006.**

**ENTER:**

s/Thomas W. Phillips
United States District Judge