UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:04-CR-106 |
| ) | (Phillips) |
| TONY M. STAFFORD ) | |

### ORDER

Defendant has moved to extend the deadline to provide a report on the status of his health [Doc. 93]. In support of the motion, defendant states that he has an appointment with his gastrointologist, Dr. Dean Connelly, on September 12, 2006. The purpose of the appointment is to determine whether defendant will need an arthroscopic procedure performed on this stomach. The government has no objection to an extension of the report date. Accordingly, the court finds that defendant's report date to the Bureau of Prisons should be continued until defendant is released from Dr. Connelly's care. Defendant's motion is **GRANTED.** Defendant shall provide the court with a written status report on his condition no later than **September 29, 2006.**

**ENTER:**



s/Thomas W. Phillips
United States District Judge