UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | No. 3:04-CR-106 |
| ) | **(Phillips)** |
| **TONY M. STAFFORD** ) | |

### ORDER

Based upon the defendant's medical report [Doc. 95], it appears to the court that defendant can begin serving the sentence imposed in this case. Accordingly, the **STAY** of defendant's report date is **LIFTED,** and defendant is **ORDERED** to self report to the Bureau of Prisons upon designation to a BOP facility.

A copy of this order shall be sent to all counsel of record, as well as to the Bureau of Prisons and U.S. Marshal's Office.

**IT IS SO ORDERED.**

ENTER:

s/Thomas W. Phillips
United States District Judge