# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 3:04-CR-106 |
| | ) (Phillips) |
| TONY M. STAFFORD | ) |

## ORDER

This matter came before the court for a telephonic hearing on defendant's oral motion to continue his report date to FMC Lexington, Kentucky. Defendant has been notified that he is to report to FMC Lexington on Thursday, October 26, 2006. Defendant requests a continuance of his report date because he is scheduled for a GI scope in early to mid-December 2006, by his treating physician. The government opposes the requested continuance.

It appears to the court that defendant can receive adequate medical treatment at FMC Lexington. Accordingly, defendant's oral motion to continue his report date is **DENIED**.

**ENTER:**

s/Thomas W. Phillips
United States District Judge