# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:04-CR-106 |
| ) | (Phillips) |
| TONY M. STAFFORD ) | |

## ORDER

This matter is before the court on the government's motion for downward departure pursuant to Rule 35(b), Federal Rules of Criminal Procedure [Doc. 99]. The government's motion for downward departure is **GRANTED. IT IS HEREBY ORDERED** that defendant's sentence is reduced from 62 months to **sixty (60) months.** All other provisions of the judgment [Doc.84] shall remain as previously ordered by the court.

Defendant's request for an evidentiary hearing [Doc. 101] is **DENIED.**

**IT IS SO ORDERED.**

ENTER:

　　　s/ Thomas W. Phillips
　　United States District Judge